# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kevin Crawford Gunter, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00029-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| John Doe | ) | |
| Keith D'amico, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2022 Order.

January 6, 2022

_____

Frank G. Johns, Clerk
United States District Court